MHP
555

1    **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2

3    Name  Goodwin        Johny

4          (Last)         (First)          (Initial)

5    Prisoner Number  E-21765

6    Institutional Address  P.O. Box 600   TRACY CA 95378

7    _____

8    _____

**FILED**

**APR 2 8 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**MHP**

10

11   Johny Goodwin                        )
     (Enter the full name of plaintiff in this action.)   )

**CV 08     2187**

12              vs.                       )    Case No.
                                          )    (To be provided by the clerk of court)
13   SACRAMENTO COUNTY Jail Medical       )
                                          )    **COMPLAINT UNDER THE**
14   651 I St                    )         **CIVIL RIGHTS ACT,**
                                          )    **42 U.S.C §§ 1983**
15   _____          )
                                          )
16   _____          )
     (Enter the full name of the defendant(s) in this action))
17                                        )

**(PR)**

18   *[All questions on this complaint form must be answered in order for your action to proceed..]*

19   I.    Exhaustion of Administrative Remedies

20         *[***Note:*** You must exhaust your administrative remedies before your claim can go

21         forward.  The court will dismiss any unexhausted claims.]*

22         A.    Place of present confinement  Tracy CA  D.V.I

23         B.    Is there a grievance procedure in this institution?

24               YES ( ✓ )    NO ( )

25         C.    Did you present the facts in your complaint for review through the grievance

26               procedure?

27               YES( ✓ )    NO ( )

28         D.    If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                        - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal,

explain why.

1. Informal appeal _I File a Grievance that I had a stroke_
_in Sacramento Jail I File this Grievance on 3-11-07_
_And they told me I did not. But the U.C. Davis Doctor told_
_me I did have a stroke U.C. Davis Nuregoisit Doctor_ 2. First
formal level _Gave me a Brain M.R.I And it show a hole in my Brain_
_on the left side they call it a T.I.A stroke I went to_
_the Grievance and it's only one level it's complete._

_____

3. Second formal level_____

_____

_____4 Third

formal level_____

_____

_____

E.    Is the last level to which you appealed the highest level of appeal available to

you?

YES (✓)    NO ( )

F.    If you did not present your claim for review through the grievance procedure,

explain why. _I did not know what made Jail Grievance has only_
_one level level_

_____

II.    Parties

A.    Write your name and your present address. Do the same for additional plaintiffs,

if any.

_John Y Goodwin E-21765   P.O. Box 600  Tracy CA. 95378_

_____

_____

B.    Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                    - 2 -

1     place of employment.

2     SACRAMENTO County Jail

3     _____

4     _____

5     _____

6     _____III.

7     Statement of Claim

8         State here as briefly as possible the facts of your case. Be sure to describe how each

9     defendant is involved and to include dates, when possible. Do not give any legal arguments or

10    cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

11    separate numbered paragraph. Floor 5-W-337 Cell

12    ON JAN 2,07 I woke up in deep sweat my heart Beating FAst my vision

13    Blue I had numbness on my Right Side of Face Right arm Right leg I got

14    up to use the RestRoom to URinate As I was urinating I past out

15    when I came too I was on the Floor urinating on myself my cellie

16    push the button and the Floor officer made me walk to medical and

17    they sent me out to U.C.Davis on 2-14-07 the Doctor did a BRAIN

18    SCAN ON me And Found out that I had a T.I.A STROKE

19    I stand in U.C.Davis hospital From 2-14-07 til 2-18-07

20    I had a hole in my BRAin on the left side they call it a T.I.A stroke

21    ON JAN 2,07 the night I had the stroke the officer made me walk to

22    2 East medical - The medical staff did not come At All to 5-W-337 Cell to

23    get me. Then they made me go back to my cell. That's wRong.

24    _____

25    IV.    Relief

26        Your complaint cannot go forward unless you request specific relief. State briefly exactly

27    what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

28    I want the court to make this a civil lawsuit And I want to be

1  compensated For having a stroke in 5-W-337 cell

2  And they over looked me And on 2-14-07 I was Rush to U.C.Davis

3  where they did a Brain M.R.I & Found a hole in my Brain cause by a

4  stroke."

5

6

7  I declare under penalty of perjury that the foregoing is true and correct.

8

9  Signed this _Sat_ day of _April 12_ , 2008

10

11

12  (Plaintiff's signature)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                          - 4 -

JS 44 - CAND (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I.(a) PLAINTIFFS**

John Y Goodwin
P.O. Box 600
Tracy CA 95378

**DEFENDANTS**

Sacramento County Jail
651 I St
Sac CA 95814

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

☐ 1 U.S. Government
    Plaintiff

☐ 2 U.S. Government
    Defendant

☐ 3 Federal Question
    (U.S. Government Not a Party)

☐ 4 Diversity
    (Indicate Citizenship of Parties in
    Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF
(For diversity cases only)                           AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ Original
    Proceeding

☐ Removed from
    State Court

☐ Remanded from
    Appellate Court

☐ Reinstated or
    Reopened

☐ Transferred from
    Another district
    (specify)

☐ Multidistrict
    Litigation

☐ Appeal to District
    Judge from Magistrate
    Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment<br>    & Enforcement of<br>    Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted<br>    Student Loans (Excl<br>    Veterans)<br>☐ 153 Recovery of Overpayment<br>    of Veteran's Benefits<br>☐ 160 Stockholders Suits -<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product<br>    Liability<br>☐ 320 Assault Libel &<br>    Slander<br>☐ 330 Federal Employers<br>    Liability<br>☐ 340 Marine<br>☐ 345 Marine Product<br>    Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle<br>    Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☒ 362 Personal Injury<br>    Med Malpractice<br>☐ 365 Personal Injury<br>    Product Liability<br>☐ 368 Asbestos Personal<br>    Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal<br>    Property Damage<br>☐ 385 Property Damage<br>    Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of<br>    Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational<br>    Safety/Health<br>☐ 690 Other<br><br>**LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt Relations<br>☐ 730 Labor/Mgmt Reporting &<br>    Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl.Ret. Inc. Security<br>    Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (US Plaintiff or<br>    Defendant<br>☐ 871 IRS - Third Party<br>    26 USC 7609 | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and<br>    Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/<br>    Exchange<br>☐ 875 Customer Challenge<br>    12 USC 3410<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization<br>    Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information<br>    Act<br>☐ 900 Appeal of Fee<br>    Determination Under<br>    Equal Access to Justice<br>☐ 950 Constitutionality of State<br>    Statutes<br>☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing<br>☐ 444 Welfare<br>☒ 440 Other Civil Rights<br>☐ 445 Amer w/ disab - Empl<br>☐ 446 Amer w/ disab - Other<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV | ☐ 510 Motion to Vacate<br>    Sentence Habeas Corpus:<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☒ 550 Civil Rights<br>☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

## VII. REQUESTED IN COMPLAINT:  ☐ CHECK IF THIS IS A CLASS ACTION    DEMAND $_____  CHECK YES only if demanded in complaint:
UNDER F.R.C.P. 23                                  JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S)    PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE
IF ANY                "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)        ☐ SAN FRANCISCO/OAKLAND        ☐ SAN JOSE

DATE                SIGNATURE OF ATTORNEY OF RECORD

RECEIVED

Clerk of the United States District court
For the Northern District of California
450 Golden Gate Ave P.O. Box 36060
San Francisco, CA 94102

LEGA

John Goodwin E-21765
P.O. Box 600 West Hall-cell-112
Tracy CA 95378

AL MAIL

RECEIVED

CLERK of the United STATES Distri
For the Northern District of Calif
450 Golden Gate AVE P.O. Box 3
San Francisco, CA 94102

LEGA



c/o SRZ
4-14-08          LEGAL MAIL

ΛAIL

LEGAL MAIL