UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNY GOODWIN, | No. C 08-2187 MHP (pr) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| SACRAMENTO COUNTY JAIL; et al., | |
| Defendants. | |

Johny Goodwin filed this pro se civil rights action under 42 U.S.C. § 1983, complaining of acts and omissions at the Sacramento County Jail in Sacramento, California. The city of Sacramento is in Sacramento County, and that county is within the venue of the Eastern District of California. Defendants apparently reside in the Eastern District of California. Venue therefore properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

DATED: May 1, 2008

Marilyn Hall Patel
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNY GOODWIN,<br><br>        Plaintiff,<br><br>  v.<br><br>SACRAMENTO COUNTY JAIL et al,<br><br>        Defendant.<br>_____/ | Case Number: CV08-02187 MHP<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Johny Goodwin E-21765
Deuel Vocational Institution
P.O. Box 600
Tracy, CA 95378-0600

Dated: May 2, 2008

                                        Richard W. Wieking, Clerk
                                        By: Anthony Bowser, Deputy Clerk