

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

FILED
08 MAY 29 PM 2:33

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
General Court Number
415.522.2000

May 22, 2008

Eastern District of California
501 I Street
Sacramento, CA 95814-7300

2:08-CV-1150 GEB DAD (PC)

RE: CV 08-02187 MHP  JOHNY GOODWIN-v-SACRAMENTO COUNTY JAIL

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒  Certified copy of docket entries.

☒  Certified copy of Transferral Order.

☐  Original case file documents.

☒  Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

Simone Voltz

by: Simone Voltz
Case Systems Administrator

Enclosures
Copies to counsel of record